ACCEPTED
01-14-00783-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 4:08:50 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00783-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 4:08:50 PM
CHRISTOPHER A. PRINE
Clerk

The State of Texas,
Appellant

v.

David B. Wilson,
Appellee

Appealed from the District Court
of Harris County, Texas, 151st Judicial District
Trial Court Cause No. 2013-75695

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

Appellant the State of Texas respectfully requests the Court to extend the time to file the Appellant's brief in this cause under the authority of Rule 38.6(d) of the Texas Rules of Appellate Procedure.

1.  This is the Appellant's first request for an extension of time to file its brief.

2.  The Appellant's brief is due to be filed on January 9, 2015.

3.  Appellant requests an extension of time until February 9, 2015 in which to file the Appellant's brief.

4.  Counsels for the parties have conferred and this motion is unopposed.

1

5. Timely preparation of the brief has been and will be hindered by (1) counsel's schedule for mediations and settlements, (2) the closure of the undersigned county's office for County holidays on November 27 and 28, 2014, December 25 and 26. 2014 and January 1, 2015, (3) counsel's work schedule during the holiday periods that required covering for 5 other attorneys, and (4) counsel's previously scheduled vacation during early December.

WHEREFORE, PREMISES CONSIDERED, Appellant the State of Texas respectfully requests that the time for filing the Appellant's brief in this cause be extended until February 9, 2015.

Respectfully submitted,

VINCE RYAN
Harris County Attorney

*/s/ Barbara Smith Armstrong*
Barbara Smith Armstrong
Assistant County Attorney
State Bar No. 24055112
1019 Congress, 15th Floor
Houston, Texas 77002
(713) 274-5157 (telephone)
(713) 755-8772 (facsimile)
barbara.armstrong@cao.hctx.net

ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for the Appellee David B. Wilson, on? , concerning this motion and the motion is unopposed.

*/s/ Barbara Smith Armstrong*
Barbara Smith Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2014 a true and correct copy of the foregoing was served by electronic transmission on counsel for the Appellee, David B. Wilson via facsimile to 832-932-5688.

*/s/ Barbara Smith Armstrong*
Barbara Smith Armstrong
Assistant County Attorney

3